**No. 11-7395. Kevin Hollingshead, Petitioner v. Kansas.**

565 U.S. 1164, 132 S. Ct. 1109, 181 L. Ed. 2d 991, 2012 U.S. LEXIS 807.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Kansas denied.

Same case below, 243 P.3d 1113.